Thomas J. Jones, administrator of the estate of John Burkhardt, deceased, appellee, v. Hattie Lennartz and Charles Burkhardt, appellants. Gen. No. 24,140.

Petition for sale of realty of decedent to pay debts. Decree of sale. Appeal from the Probate Court of Cook county; the Hon. Henry Horner, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Charles F. Vogel, for appellants. Albert A. Luthmers and J. Glen Jacobs, for appellee.

Mr. Justice Barnes delivered the opinion of the court.